[No. 49296-2-II.   Division Two.   February 22, 2017.]

*In the Matter of the Personal Restraint of* RONALD JAY BIANCHI, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[Nos. 32961-5-III; 34159-3-III.   Division Three.   February 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL MATTHEW GROVES, *Appellant*.

*In the Matter of the Personal Restraint of* JOEL M. GROVES, *Petitioner*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00176-1, Ruth E. Reukauf, J., entered December 4, 2014, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded with instructions* and petition *denied* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33174-1-III.   Division Three.   February 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FELIX DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00724-2, Evan E. Sperline, J., entered February 23, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.